BRIAN STRETCH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY RYAN, <br><br> Plaintiff, <br><br> v. <br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:16-cv-3410-RS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

Defendant moves, through her counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended to December 29, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed to respond to the motion due to undersigned counsel's workload. In particular, Defendant's counsel has three other other district court briefs due before by November 30, 2016.

With this extension, the Court's scheduling order would be modified as follows:

- Plaintiff may serve and file a reply within fourteen days of service of defendant's opposition or counter-motion (on or before January 12, 2016).

Stip. & Prop. Order for Ext.;  3:16-cv-3410-RS        1

1
2
3                                              Respectfully submitted,
4  Dated:  November 21, 2016                   */s/ David Chermol*
                                               (*as authorized via e-mail on 11/17/2016)
5                                              DAVID CHERMOL
                                               Attorney for Plaintiff
6
7
8
9  Dated:  November 21, 2016                   BRIAN STRETCH
                                               United States Attorney
10                                             DEBORAH LEE STACHEL
                                               Regional Chief Counsel, Region IX
11                                             Social Security Administration
12
                                        By:    */s/ Marcelo Illarmo*
13                                             MARCELO ILLARMO
                                               Special Assistant United States Attorney
14
15                                             Attorneys for Defendant
16
17
18                                             ORDER
19
20 APPROVED AND SO ORDERED:
21
   Dated:   11/23/16                           _____
22                                             THE HONORABLE RICHARD SEEBORG
                                               United States District Court Judge
23
24
25
26
27
28

Stip. & Prop. Order for Ext.;  3:16-cv-3410-RS            2