STUART BARASCH, CSBN #74108
Attorney at Law
767 North Hill Street # 220
Los Angeles, CA 90012
Telephone: 213-621-7622
Facsimile: 213-621-2536
Email: SBarasch1@aol.com

DAVID CHERMOL
CHERMOL & FISHMAN, LLC
11450 Bustelton Avenue
Philadelphia, PA 19116
Telephone: 215-464-7200
Facsimile: 215-464-7224
Email: dave@ssihelp.us

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 3:16-cv-03410-RS <br><br> ~~PROPOSED~~ **ORDER** |

_____

**ORDER**
_____

**Ryan v. Colvin; 3:16-cv-03410-RS**
**PROPOSED ORDER**

Upon consideration of the parties' joint stipulation for fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq.*, IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $5,000.00 in EAJA fees and expenses pursuant to the EAJA, 28 U.S.C. § 2414, and $305.00 in costs, 28 U.S.C. § 1920. These amounts are payable to Plaintiff, not directly to her counsel. Payment will be mailed to Plaintiff's attorney at his office: David F. Chermol, Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this  13th  day of February, 2017.

BY THE COURT:

_____
United States Judge

**Ryan v. Colvin; 3:16-cv-03410-RS**
**PROPOSED ORDER**